MELISSA HOLYOAK, United States Attorney (#9832)
SAMUEL PEAD, Assistant United States Attorney (#11945)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. |
| Plaintiff, | 2:25mj1101 |
| vs. | JCB |
| JORGE LUIS TEJERA, | COMPLAINT |
| Defendant. | |
| | Judge Jared C. Bennett |

Before the Honorable Jared C. Bennett, United States Magistrate Judge for the

District of Utah, appeared the undersigned, who on oath deposes and says:

### COUNT I
### 18 U.S.C. § 1591
(Sex Trafficking by Force, Fraud or Coercion)

Beginning on a date unknown, and continuing through to March 11, 2025,

in the District of Utah,

JORGE LUIS TEJERA,

1

the defendant herein, did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person(s), knowing, and, in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion were used to cause the person(s) to engage in a commercial sex act(s), in and affecting interstate and foreign commerce, and did benefit financially by receiving anything of value, from participation in a venture which has engaged in any act described above; and did aid and abet therein with others known and unknown; all in violation of 18 U.S.C. § 159l(a) and § 2.

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

This complaint is based on the following information:

I, Jameson Schramm, being first duly sworn, depose and state as follows:

1. I am a Special Agent with Homeland Security Investigations (his) and have been employed in this capacity since November 2023. Previously I worked for four years in Army Special Operations as in infantryman with the 75th Ranger Regiment, worked three years in the 19th Special Forces group in military intelligence, and during that time spent approximately two years as an intern for the Federal Bureau of Investigation.  In my capacity as an HSI Special Agent I investigate crimes related to human trafficking, firearms violations, illegal drug violations, and many others, including these kinds of violations committed by transnational criminal organizations as they are defined under federal law.

## PROBABLE CAUSE

2.  In November 2024, HSI opened an investigation into a cell of the Anti-Tren de Aragua (ATdA) Venezuelan transnational criminal organization (TCO) "Desastre" for their involvement in human trafficking operations that forced vulnerable individuals to work as commercial sex workers (CSWs) for the financial benefit of the TCO.  Jorge Luis TEJERA has been identified as a leader in this organization.

3.  Since that time, investigators have identified numerous victims of human trafficking and interviewed at least one victim who claims they were directly trafficked by TEJERA.  This victim, who was identified on the scene of a search warrant executed at a Desastre-run brothel on November 8, 2024, became a source of information (SOI) for investigators and relayed the following information during a forensic interview which was conducted on December 10, 2024.  For the purposes of this affidavit, this individual will be referred to as SOI 1.

4.  SOI 1 is not a citizen of the United States and is unlawfully in the United States. SOI 1 reported that they incurred a debt of $25,000 in transportation and smuggling fees to be brought to the United States.  Their passage was facilitated by the Desastre.  While living in Chicago, IL, in June 2024, SOI 1 was informed by TEJERA that they owed their debt to him and they would have to work as a CSW in order to pay it off. TEJERA removed SOI 1's child from their custody and threatened SOI 1 with death if they did not engage in commercial sex work. SOI 1 reported that TEJERA and his men always carried guns and would routinely brandish them to enforce their will.  TEJERA

would arrange "dates" for SOI 1 and tell SOI 1 where they had to be and when they had to be there in order to provide services (sex) to a paying customer.  They were not allowed to leave their place of work except for Sundays when they would be given a free day.

5. On or about August 20, 2024, SOI 1 flew from Chicago, IL to Salt Lake City, UT at TEJERA's behest, in order to continue working as a CSW for Desastre in Utah.  SOI 1 provided pictures of boarding passes from that flight as proof.  After landing in SLC, SOI 1 was taken by Uber to the "Sleep Inn" hotel in West Valley City (WVC) where SOI 1 was forced to continue working as a CSW.

6. SOI 1 had two different numbers listed for TEJERA in the contact list of their phone, 708-796-1831 and 708-252-6171.  An online search showed that phone number 708-796-1831 was listed as the point of contact for eight online advertisements for commercial sex.  An online search showed that phone number 708-252-6171 was listed as the point of contact for 24 online advertisements for commercial sex.

7. SOI 1 explained that when they would see "clients" for "dates" (commercial sex work), they would take either cash payment (which would be given to the boss), or they would show the client a Venmo, PayPal, or other peertopeer transaction QR code for them to pay the boss directly.  Only after the boss received all the money would the commercial sex worker receive a cut of the payment.

8. Financial records obtained during this investigation show that TEJERA paid multiple CSWs on numerous occasions.  Examples include, on or about on March 9, 2024,

TEJERA paid an individual (name and phone number are excluded from this affidavit) $600.00 via a national bank account. The phone number for this CSW was later linked to 13 commercial sex ads in Chicago. On or about February 3, 2025, TEJERA paid another person, referred to as SMV, $100.00; SMV is identified as the girlfriend of Desastre co-conspirator Miguel GIL-Gonzalez and has been confirmed as a CSW by witness statements and from being featured in numerous online advertisements for sexual services. Additionally, TEJERA made multiple payments to ASA, including a $500.00 payment on or about January 8, 2025. ASA , the significant other of TEJERA, is a CSW who was featured in numerous online advertisements for sexual services. In the experience of this criminal investigator, it is common for human traffickers to use their significant others as both CSWs and as a means of hiding their financial transactions.

9. On January 20, 2025, investigators with HSI issued an investigative subpoena to T-Mobile for phone number 708-796-1831. T-Mobile provided subscriber and toll records for 708-796-1831. The subscriber information identified the account holder was ASA (address: 241 Warrant Street, Calumet City, Illinois) from June 17, 2024, to August 13, 2024. The account had an unlisted subscriber (possibly pre-paid) from October 12, 2024, to the date the subpoena was served. It should be noted that ASA was the subscriber during the timeframe that the above-mentioned sex ads for 708-796-1831 were posted.

10. On or about August 20, 2025, investigators met with a different SOI for a proffer. For the purposes of this affidavit, this SOI will be referred to as SOI 2. SOI 2 had previously been a part of Desastre and TEJERA's organization. SOI 2 relayed the following information to investigators.

11. A Venezuelan national by the name of Miguel GIL-Gonzalez was the head of Desastre in the state of Utah. GIL-Gonzalez was a coworker of a man SOI 2 knew as Jorge (believed to be TEJERA and will be referred to as such for the remainder of this affidavit), and both individuals worked together to further the criminal enterprise. SOI 2 knew this individual's voice well as they had been present with GIL-Gonzalez during numerous phone calls he made to TEJERA. SOI 2 reported that TEJERA and GIL-Gonzalez worked together to smuggle women into the United States and then press them into service as commercial sex workers. SOI 2 also knew SOI 1 and confirmed SOI 1's status as a CSW, including having to work in the District of Utah. SOI 2 informed investigators that SOI 1 had previously tried to escape the organization but had been caught, and their initial debt of $25,000.00 to the organization had been increased as punishment.

12. According to lawfully obtained financial documents, on or about August 19, 2024, at approximately 16:56 (unknown time zone), "Miguel GIL," via Wells Fargo, transferred $830.00 to TEJERA's account with Huntington National Bank. An online search showed that phone number 708-981-6317 was listed as the point of contact for three

online advertisements for commercial sex.  It should be noted that the above payment was made one day prior to SOI 1's flight to Salt Lake City.

13. On or about January 21, 2025, investigators issued an investigative subpoena to Southwest Airlines for information pertaining to SOI 1's flight.  On January 22, 2025, Southwest Airlines provided the requested information.

14. Southwest Airlines' information confirmed SOI 1's identity and that the flight was booked on a known date in August 2024.  The fare for the flight was $483.98.

15. On or about October 9, 2025, investigators met with another SOI.  For the purposes of this affidavit, this SOI will be referred to as SOI 3.  SOI 3 had previously been a part of Desastre/GIL's organization.

16. SOI 3 reported to investigators that SOI 1 had been a CSW for the organization.  Further, SOI 3 reported that SOI 1 worked for GIL-Gonzalez in Utah and owed a debt to him that they were working to pay off.  SOI 3 reported hearing GIL-Gonzalez threaten SOI 1 on multiple occasions.  SOI 3 further reported that they had a conversation with SOI 1 while in Utah, wherein SOI 3 advised SOI 1 that they should leave the CSW life.  SOI 1 responded that they had their child in Chicago who the organization was threatening to kill if they left the CSW business.

Based on the foregoing information, your affiant respectfully requests that a warrant of arrest be issued for Jorge Luis TEJERA for violations of 18 U.S.C. § 1591.

*/s/ Jameson Schramm*

Affiant, HSI Special Agent Jameson Schramm


SUBSCRIBED AND SWORN to before me this 19th day of December 2025.


United States Magistrate Judge
Jared C. Bennett


APPROVED:

MELISSA HOLYOAK
United States Attorney

/s/ Sam Pead

SAMUEL PEAD
Assistant United States Attorney