MELISSA HOLYOAK, United States Attorney (#9832)
SAM PEAD, Assistant United States Attorney (#11945)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED US District Court -UT
FEB 04 '26 PM 12:05

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JORGE LUIS TEJERA,<br><br>Defendant. | INDICTMENT<br><br>Count 1: 18 U.S.C. § 1591(a), Sex Trafficking by Force, Fraud, or Coercion<br><br><br>Case: 2:26−cr−00022<br>Assigned To : Stewart, Ted<br>Assign. Date : 2/3/2026 |
| --- | --- |

The Grand Jury charges:

Count 1
18 U.S.C. § 1591(a)
(Sex Trafficking by Force, Fraud, or Coercion)

Beginning on a date unknown, and continuing through to December 31, 2024, in the District of Utah and elsewhere,

JORGE LUIS TEJERA,

defendant herein, with others known and unknown to the Grand Jury, did knowingly, in and affecting interstate and foreign commerce, recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means a person(s), and did

benefit financially by receiving anything of value, from participation in a venture which had engaged in any act described above, knowing and in reckless disregard of the fact, that means of force, threats of force, fraud, and coercion would be used to cause the person(s) to engage in a commercial sex act(s), and did aid and abet therein; all in violation of 18 U.S.C. § 1591(a) and § 2.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

MELISSA HOLYOAK
United States Attorney


_____
SAM PEAD
Assistant United States Attorney

2